UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE C. JONES, JR. | CIVIL ACTION NO. 11-cv-1400 |
| VERSUS | JUDGE WALTER |
| BRAD ANDERSON, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 44) is **denied** and Defendants' Motion for Summary Judgment (Doc. 59) and Amended Motion (Doc. 66) are **granted in part** by dismissing all claims against Sheriff Larry Deen, the Parish of Bossier, the Bossier Parish Sheriff's Office, Deputy Joseph Rowland, and Chief Bloxom, but **denied** with respect to the claims against Deputy Brad Anderson. The only remaining claim will be for excessive force against Deputy Anderson.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of January, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE